IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re MATTHEW L. COUNCIL,

_____/

No. C 13-00084 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner, a state prisoner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the full filing fee.

In an Order dated January 30, 2013, after conducting a preliminary review of the petition, the Court noted that the petition form was missing pages one through five.  Therefore, the Court directed Petitioner to amend the petition to provide the missing pages within twenty-eight days.

On February 13, 2013, Petitioner filed what he labeled as the missing pages to his federal petition.  However, upon closer examination, the Court determined that the pages were pages one through five of Petitioner's petition for review, which was filed in the California Supreme Court.

In an Order dated March 18, 2013, the Court once again directed to amend the petition "to provide the *correct* missing pages - pages one through five of his *federal* petition" within twenty-eight days.  (Mar. 18, 2013 Order at 1 (emphasis in original).)  The Court further informed Petitioner that if he failed to supply the missing pages of the petition within the twenty-eight-day deadline, the petition would be dismissed for failure to comply with Federal Rule of Civil Procedure 41(b).

More than twenty-eight days have passed, and Petitioner has failed to supply the aforementioned missing pages of the petition.  IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall enter judgment, terminate all pending motions, and close the file.

IT IS SO ORDERED.

DATED: April 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.13\Council0084.dism(missingPGS).wpd